# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Cause No.: 2:14-CR-114-JTM-PRC |
| | ) | |
| LATAVIA RATCLIFF, | ) | |
|     Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEA OF GUILTY BY DEFENDANT LATAVIA RATCLIFF**

TO:     THE HONORABLE JAMES T. MOODY,
           UNITED STATES DISTRICT COURT

Upon Defendant Latavia Ratcliff's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on January 30, 2015, with the consent of Defendant Latavia Ratcliff, counsel for Defendant Latavia Ratcliff, and counsel for the United States of America.

The hearing on Defendant Latavia Ratcliff's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Latavia Ratcliff under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Latavia Ratcliff,

I FIND as follows:

(1) that Defendant Latavia Ratcliff understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Latavia Ratcliff understands her right to trial by jury, to persist in her pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

her right against compelled self-incrimination;

(3) that Defendant Latavia Ratcliff understands what the maximum possible sentences are, including the effect of the supervised release terms, and she understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Latavia Ratcliff has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Latavia Ratcliff is competent to plead guilty;

(6) that Defendant Latavia Ratcliff understands that her answers made at the plea hearing may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Latavia Ratcliff's plea; and further,

I RECOMMEND that the Court accept Latavia Ratcliff's plea of guilty to the offense charged in Count II of the Indictment and that Defendant Latavia Ratcliff be adjudged guilty of the offense charged in Count II of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Latavia Ratcliff be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 30th day of January, 2015.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody